```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0133--CR (HRH)
                        "USA V JOSE ANTONIO MCPHERSON ET AL"
                            DEF 1.1 MCPHERSON, JOSE ANTONIO

       In public format, including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 11/17/04
            Closed: 10/03/05
 No. of Defendants: 2
     MJ Case Number:
               AKA:
   Location status: Released on Own Recognizance
        Trial date: 02/22/05
        Terminated: YES
  Needs interpreter: NO
  Counsel of record: Rex Lamont Butler
                    745 W. 4th Avenue, Suite 300
                    Anchorage, AK 99501
                    907-272-1497
                    FAX 907-276-3306
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 MCPHERSON, JOSE ANTONIO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 2 | 21:846 and 841(b)(1)(C) ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE OF "ECSTASY" A SCHEDULE I CONTROLLED SUBSTANCE (F) | Dismissed (113-1) |
| 1 - 1 IND | 3 | 18:924(c)(1)(A)(iii) USE OF A FIREARME DURING AND IN RELATION TO A FEDERAL DRUG TRAFFICKING CRIME (F) | Dismissed (113-1) |
| 1 - 1 IND | 5 | 21:841(a)(1), (b)(1)(C) POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE (F) | Dismissed (113-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0133--CR (HRH)
                     "USA V JOSE ANTONIO MCPHERSON ET AL"
                        DEF 2.1 ROBERTSON, JOSEPH MICHAEL

     In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 11/17/04
             Closed: 10/03/05
 No. of Defendants: 2
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 02/08/05
         Terminated: YES
 Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 2.1 ROBERTSON, JOSEPH MICHAEL

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 and 841(b)(1)(C) ATTEMPTED DISTRIBUTION OF "ECSTASY" A SCHEDULE I CONTROLLED SUBSTANCE (F) | Sentenced (129-1) |
| 1 -   1 IND | 4 | 18:924(c)(1)(A)(iii) USE OF A FIREARM DURING AND IN RELATION TO A FEDERAL DRUG TRAFFICKING CRIME (F) | Dismissed (102-1) |
| 1 -   1 IND | 6 | 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (129-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
                       "USA V JOSE ANTONIO MCPHERSON ET AL"

                       In public format, for all filing dates
```

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 11/17/04
            Closed: 10/03/05
No. of Defendants: 2
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 11/17/04 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - | 1 | 11/18/04 | [Re: DEF 1] AHB Grand Jury Minutes re: war to be iss; no bail set. |
| 3 - | 1 | 11/18/04 | [Re: DEF 2] AHB Grand Jury Minutes re: war to be iss; writ of H/C ad pros to follow; no bail set; in state custody. |
| 4 - | 1 | 11/19/04 | [Re: DEF 2] PLF 1 motion (petition) for writ of Habeas Corpus Ad Prosequendum. |
| NOTE - | 1 | 11/22/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/22/04. |
| NOTE - | 2 | 11/22/04 | Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 1. |
| 5 - | 1 | 11/23/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arraignment on Indictment (held 11/23/04); fin. aff filed; Butler Appt.; pleas not guilty cts 2, 3, & 5 of Ind; ptm due 12/13/04; trial set 2/1/05 before Judge Sedwick.  cc: AUSA, R. Butler, USM, USPO, Judge Sedwick |
| 6 - | 1 | 11/23/04 | DEF 1 Attorney Appearance of R. Butler. |
| 7 - | 1 | 11/23/04 | [Re: DEF 1] Return of WOA executed on 11/22/04. |
| NOTE - | 3 | 11/24/04 | [Re: DEF 2] Issued: Writ of H/C ad pros. |
| 8 - | 1 | 11/24/04 | [Re: DEF 2] AHB Order granting motion (petition) for writ of Habeas Corpus Ad Prosequendum (4-1). cc: USA, USM, USPO, def w/USM cy |
| 9 - | 1 | 11/24/04 | [Re: DEF 2] AHB Minute Order re Arr set for 11/30/04 at 10:00 a.m. cc: USA, USM, USPO, def w/USM cy |
| 10 - | 1 | 11/29/04 | DEF 1 Financial Affidavit. |
| 11 - | 1 | 11/29/04 | [Re: DEF 1] AHB Order of temporary detention pending hearing.  cc: AUSA, R. Butler, USM, USPO |
| 12 - | 1 | 11/29/04 | [Re: DEF 1] AHB Order regarding preparation for trial.  Parties to meet by 11/29/04 and certify the conference in writing w/in 10 days. Pretrial motions due by 12/13/04.  cc; AUSA, R. Butler |
| 13 - | 1 | 11/29/04 | {SEALED} |
| 14 - | 1 | 11/29/04 | [Re: DEF 2] Return of WOA executed on 11/29/04, |
| 14 - | 2 | 11/29/04 | [Re: DEF 2] Statistical Notice of Arrest; defendant arrested 11/29/04. |
| 15 - | 1 | 11/30/04 | [Re: DEF 1] AHB Order of Personal Recognizance. |
| 16 - | 1 | 11/30/04 | [Re: DEF 1] Copy of AHB Order of Release.  cc: USM |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
                      "USA V JOSE ANTONIO MCPHERSON ET AL"

                      In public format, for all filing dates


Document #    Filed      Docket text

   17 -    1  11/30/04   [Re: DEF 1] Order setting conditions of release.  cc: AUSA, FPD, USM,
                         USPO, Def w/cnsl cy

   18 -    1  11/30/04   [Re: DEF 2] PLF 1 Discovery Conference Certificate.

   19 -    1  11/30/04   DEF 2 Attorney Appearance of K. McCoy (FPD).

   20 -    1  11/30/04   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   21 -    1  12/01/04   [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] re: arr held
                         11/30/04; FPD appointed; pled not guilty to cts 1,4 & 6 of Indt; def
                         detained; det hrg set 12/3/04 @ 3:00 p.m.; ptms due 12/14/04. cc: USA,
                         FPD, USM, USPO, Judge Sedwick

   22 -    1  12/01/04   DEF 2 Financial Affidavit.

   23 -    1  12/01/04   [Re: DEF 2] AHB Order regarding preparation for trial; cnsl to meet &
                         confer by 11/30/04; ptms due 12/14/04. cc: USA, FPD

   24 -    1  12/01/04   [Re: DEF 2] AHB Order of Detention Pending Hearing; det hrg set 12/3/04
                         @ 3:00 p.m.. cc: USA, FPD, USM, USPO

 NOTE -    4  12/02/04   Notation: Proposed trial date setting for arr to USDJ.

   25 -    1  12/02/04   [Re: DEF 1] Clerk's Notice that purusant to Order Setting Condtions of
                         Release dated 11/30/04, the passport # 071109812 has been received by
                         the Clk of Crt and placed in the vault for safe-keeping. cc: USA, PO,
                         USM, Finance, R. Butler

   26 -    1  12/02/04   DEF 2 Unopposed motion on shortened time to continue 12/3/04 detention
                         hearing to 12/8/04 or after w/att aff.

   27 -    1  12/03/04   [Re: DEF 2] AHB Order granting unoppo mot on shortened time to continue
                         12/3/04 det hrg (26-1); det hrg reset for 12/10/04 @ 9:30 a.m..  cc:
                         USA, FPD, USM, USPO

   28 -    1  12/03/04   [Re: DEF 1] CJA appointment of R. Butler.

   29 -    1  12/06/04   [Re: DEF 1-2] JWS Minute Order setting TBJ on 2/1/05 @ 9:00 a.m. & FPTC
                         on 2/1/05 @ 8:30 a.m.. cc: USA, R. Butler, FPD, USM, USPO, JC

   30 -    1  12/06/04   USM Return of svc on writ of habeas corpus ad prosequendum re: DEF 2
                         executed on 11/30/04.

   30 -    2  12/06/04   [Re: DEF 2] Statistical Notice of Arrest; defendant arrested 11/22/04.

   31 -    1  12/08/04   DEF 2 motion on shortened time to vacate 12/10/04 detention hearing &
                         consent to entry of detention order.

   32 -    1  12/09/04   [Re: DEF 2] AHB Order granting mot on shortened time to vacate 12/10/04
                         det hrg & consent to enter det ord (31-1). cc: USA, FPD, USM, USPO

   33 -    1  12/09/04   [Re: DEF 2] AHB Order of Detention Pending Trial.

   34 -    1  12/09/04   DEF 1 Unopposed motion on shortened time for motion for extension of
                         time to  file motions by 12/23/04 w/att aff.


ACQS: R_RDSDI              As of 04/24/08 at 11:48 AM by ACQSA                     Page 2
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
                         "USA V JOSE ANTONIO MCPHERSON ET AL"

                         In public format, for all filing dates


Document #    Filed       Docket text

   35 -   1  12/10/04   [Re: DEF 1] AHB Order granting unopposed motion on shortened time for
                        motion for extension of time to extend mots ddlns until 12/23/04 (34-1).
                        cc: AUSA, R. Butler, FPD

   36 -   1  12/14/04   DEF 2 Unopposed motion on shortened time to continue pretrial motion
                        deadline (to 12/23/04).

   37 -   1  12/16/04   [Re: DEF 2] AHB Order granting unoppo mot on shortened time to continue
                        pretrial mot ddln (36-1); pretrial mots extended from 12/14/04 to
                        12/23/04. cc: USA, FPD, R. Butler

   38 -   1  12/22/04   DEF 1 motion to dismiss count II w/att memo.

   39 -   1  12/23/04   DEF 2 motion to dismiss count 4.

   40 -   1  12/23/04   DEF 2 motion to dismiss counts 1 & 4 of the indictment or in the
                        alternative for a bill of particulars on counts 1 & 4 w/att memo.

   41 -   1  12/23/04   DEF 2 motion to sever & separately try count 6 w/att memo.

   42 -   1  12/23/04   DEF 2 motion to sever his trial from the trial of Jose Antonio McPherson
                        w/att memo & exhs (exhs fld under seal).

   43 -   1  12/28/04   DEF 1 Unopposed motion (request) for joinder in Mr. McCoy's motion to
                        dismiss count 4 dated 12/23/04 w/att aff & exh.

   44 -   1  12/28/04   DEF 1 Unopposed motion (request) for joinder in Mr. McCoy's motion to
                        dismiss counts 1 & 4 of the Indictment or in the alternative for a bill
                        of particulars on counts 1 & 4 dated 12/23/04 w/att aff & exh.

   45 -   1  12/29/04   [Re: DEF 1] PLF 1 Unopposed motion for extension of time until 1/7/05 to
                        file the government reply (oppositions) to motions, on shortened time.

   46 -   1  12/29/04   [Re: DEF 2] PLF 1 Unopposed motion for extension of time until 1/7/05 to
                        for government to file reply (oppositions) to motions, on shortened
                        time.

   47 -   1  12/29/04   [Re: DEF 1] JDR Order granting unopposed motion (request) for joinder in
                        Mr. McCoy's motion to dismiss count 4 (43-1). cc: USA, R. Butler, K,
                        McCoy

   48 -   1  12/29/04   [Re: DEF 1] JWS Order granting unopposed motion (request) for joinder in
                        Mr. McCoy's motion to dismiss counts 1 & 4 of the Indt or, in the
                        alternative, for a bill of particulars on counst 1 & 4 (44-1). cc: USA,
                        R. Butler, FPD

   49 -   1  12/29/04   [Re: DEF 1] JDR Order granting unopposed motion for extension of time
                        until 1/7/05 to file the governments replies (45-1). cc: USA, R. Butler

   50 -   1  12/29/04   [Re: DEF 2] JDR Order granting unopposed motion for extension of time
                        until 1/7/05 to reply to def's motion (46-1). cc: USA, FPD

   51 -   1  01/03/05   DEF 1 motion (2nd) to dismiss or in the alternative for a bill of
                        particulars concerning counts II & III of the Indictment w/att memo.

   52 -   1  01/03/05   DEF 1 motion (3rd) to dismiss count III of the Indictment w/att memo.


ACQS: R_RDSDI              As of 04/24/08 at 11:48 AM by ACQSA                       Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
                         "USA V JOSE ANTONIO MCPHERSON ET AL"

                         In public format, for all filing dates


Document #    Filed       Docket text

    53 -   1  01/05/05    [Re: DEF 1] AHB Minute Order that oppos to mots (51-1, 52-1) are due COB
                          1/10/05; obj to any R&Rs issued re: dkts 51 & 52 will be immediately
                          routed to the trial judge for review and determination.  cc: USA, R.
                          Butler, Judge Sedwick

    54 -   1  01/07/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion (2nd) to dismiss or in the
                          alternative for a bill of particulars concerning counts II & III of the
                          Indictment (51-1).

    55 -   1  01/07/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss count II (38-1).

    56 -   1  01/07/05    [Re: DEF 2] PLF 1 opposition to DEF 2 motion to sever his trial from the
                          trial of Jose Antonio McPherson (42-1).

    57 -   1  01/07/05    [Re: DEF 2] PLF 1 opposition to DEF 2 motion to sever & separately try
                          count 6 (41-1).

    58 -   1  01/07/05    [Re: DEF 2] PLF 1 opposition to DEF 2 motion to dismiss counts 1 & 4 of
                          the indictment or in the alternative for a bill of particulars on counts
                          1 & 4   (40-1).

    59 -   1  01/07/05    [Re: DEF 2] PLF 1 opposition to DEF 2 motion to dismiss count 4 (39-1)
                          w/att exh.

    60 -   1  01/10/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion (3rd) to dismiss count III
                          of the Indictment (52-1).

    61 -   1  01/10/05    DEF 2 Notice of obj to citation to unpublished authority in govt's oppo
                          to DEF 2's mot to dismiss count 4.

    62 -   1  01/14/05    PLF 1; DEF 1 Stipulation to take test for National Guards.

    63 -   1  01/18/05    [Re: DEF 1-2] JWS Minute Order resetting 2/1/05 FPTC & TBJ to 2/7/05 @
                          8:30 a.m. & 9:00 a.m., respectively. cc: USA, R. Butler, FPD, USM, USPO,
                          MJ Branson, JC

    64 -   1  01/18/05    [Re: DEF 1] JWS Order of excludable delay from 2/2/05 to 2/7/05 (6 days
                          under code R).

    65 -   1  01/18/05    Initial R&R recommends DENYING re: DEF 1 motion to dismiss count II
                          (38-1). Objections due 4:00 p.m., 01/19/05. Reply due 4:00 p.m.,
                          01/20/05. cc: USA, R. Butler, Judge Sedwick

    66 -   1  01/18/05    Initial R&R recommends DENYING re: DEF 1 motion (2nd) to dismiss or in
                          the alternative for a bill of particulars concerning counts II & III of
                          the Indictment (51-1). Objections due 4:00 p.m., 01/19/05. Reply due
                          4:00 p.m., 01/20/05. cc: USA, R. Butler, Judge Sedwick

    67 -   1  01/18/05    Initial R&R recommends GRANTING re: DEF 2 motion to sever his trial from
                          the trial of Jose Antonio McPherson (42-1). Objections due 01/19/05.
                          Reply due 01/20/05. cc: USA, FPD, Judge Sedwick

    68 -   1  01/18/05    [Re: DEF 1] AHB Order granting stipulation to take test for National
                          Guards (62-1).  cc: USA, R, Butler, USM, PO

    69 -   1  01/18/05    Initial R&R recommends DENYING re: DEF 1 motion (3rd) to dismiss count
                          III of the Indictment (52-1). Objections due 4:00 p.m., 01/19/05. Reply
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
                        "USA V JOSE ANTONIO MCPHERSON ET AL"

                         In public format, for all filing dates

Document #    Filed     Docket text

                        4:00 p.m., due 01/20/05. cc: USA, R. Butler, Judge Sedwick

  70 -   1   01/18/05   Initial R&R recommends DENYING re: DEF 2 motion to dismiss count 4.
                        (39-1). Objections due 4:00 p.m., 01/19/05. Reply due 4:00 p.m.,
                        01/20/05. cc: USA, FPD, R. Butler, Judge Sedwick

  70 -   2   01/18/05   Initial R&R recommends DENYING re: DEF 2 motion to dismiss counts 1 & 4
                        of the indictment or in the alternative for a bill of particulars on
                        counts 1 & 4 w/att memo. (40-1). Objections due 4:00 p.m. 01/19/05.
                        Reply due 4:00 p.m. 01/20/05. cc: USA, FPD, R. Butler, Judge Sedwick

  71 -   1   01/19/05   Initial R&R recommends GRANTING re: DEF 2 motion to sever & separately
                        try count 6 (41-1). Objections due 4:00 p.m. 01/20/05. Reply due 4:00
                        p.m. 01/21/05. cc: USA, FPD, Judge Sedwick

  72 -   1   01/19/05   [Re: DEF 1-2] PLF 1 Proposed order of trial.

  73 -   1   01/19/05   DEF 2 objection to R&R re: DEF 2 motion to dismiss count 4. (39-1), DEF
                        2 motion to dismiss counts 1 & 4 of the indictment or in the alternative
                        for a bill of particulars on counts 1 & 4 w/att memo. (40-1).

  74 -   1   01/24/05   Final R&R declines to modify Initial R&R re: DEF 2 motion to dismiss
                        count 4. (39-1), DEF 2 motion to dismiss counts 1 & 4 of the indictment
                        or in the alternative for a bill of particulars on counts 1 & 4 (40-1);
                        matter now forwarded to trial judge for determination.  cc: USA, FPD, R.
                        Butler, Judge Sedwick

  75 -   1   01/26/05   [Re: DEF 2] JWS Order denying motion to dismiss count 4 (39-1), motion
                        to dismiss counts 1 & 4 of the indictment or in the alternative for a
                        (40-1), motion to sever & separately try count 6 (41-1). cc: USA, R.
                        Butler, FPD, MJ Branson

  76 -   1   01/26/05   [Re: DEF 1] JWS Order denying motion to dismiss count II (38-1), motion
                        (2nd) to dismiss or in the alternative for a bill of particulars conce
                        (51-1), motion (3rd) to dismiss count III of the Indictment (52-1).  cc:
                        USA, R. Butler, MJ Branson

  77 -   1   01/27/05   DEF 2 motion for reconsideration/clarification of order from chambers at
                        dkt 75.

  78 -   1   01/27/05   [Re: DEF 2] JWS Minute Order granting motion for reconsideration /
                        clarification of order from chambers at dkt 75 (77-1).  Def's motions at
                        dkt 39 & 40 are denied and the motion at dkt 41 is granted. There will
                        be a separate trial of ct 6.    cc: AUSA, R. Butler, FPD

  79 -   1   01/27/05   [Re: DEF 2] JWS Order granting motion to sever his trial from the trial
                        of Jose Antonio McPherson (42-1).  Trial in the Robertson case shall
                        commence 2/7/05 at 9:00 a.m. at 9:00 a.m. with the FPTC set at 8:30
                        a.m., McPherson to follow.  cc:AUSA, R. Butler, FPD, USM, UPSO, JC, MJ
                        Branson

  80 -   1   01/31/05   DEF 2 motion for order calendaring hrg for return of Fed.R.Crim.P. 17(c)
                        Subpoena (on shortened time).

  81 -   1   01/31/05   [Re: DEF 2] AHB Minute Order granting motion for order calendaring hrg
                        for return of Fed.R.Crim.P. 17(c) Subpoena (80-1); hrg set 3:30 p.m.
                        2/1/05.  cc: USA, FPD, USM, PO
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
         "USA V JOSE ANTONIO MCPHERSON ET AL"

              In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 82 - | 1 | 01/31/05 | [Re: DEF 2] PLF 1 Trial Brief. |
| 83 - | 1 | 01/31/05 | [Re: DEF 2] PLF 1 Proposed Voir Dire. |
| 84 - | 1 | 01/31/05 | [Re: DEF 2] PLF 1 Proposed Jury Instructions. |
| 85 - | 1 | 01/31/05 | DEF 2 Proposed Voir Dire Questions. |
| 86 - | 1 | 01/31/05 | DEF 2 Trial Brief. |
| 87 - | 1 | 01/31/05 | DEF 2 Proposed Jury Instructions. |
| 89 - | 1 | 01/31/05 | DEF 2 Memorandum of law in support of proposed jury instructions on the meaning of "during and in relation" and "in furtherance" of drug trafficking crime. |
| 88 - | 1 | 02/01/05 | DEF 2 motion on shortened time to vacate 2/1/05 hearing on subpoena return. |
| 90 - | 1 | 02/01/05 | [Re: DEF 2] AHB Minute Order granting motion on shortened time to vacate 2/1/05 hearing on subpoena return (88-1). cc: USA, FPD |
| 91 - | 1 | 02/02/05 | [Re: DEF 2] PLF 1 Notice of intent to use the court's digital evidence presentation system. |
| 92 - | 1 | 02/03/05 | DEF 2 Notice of intent to use DEPS. |
| 93 - | 1 | 02/04/05 | [Re: DEF 2] JWS Minute Order the FPTC and TBJ set for 2/7/05 are vacated. the FPTC is reset for 8:30 a.m. 2/8/05 and the TBJ is reset for 2/8/05 at 9:00 a.m. before Judge Holland.  The remainder of the case remains assigned to Judge Sedwick.   cc: AUSA, R. Butler, FPD, USM, USPO, Judge Holland, JC |
| 94 - | 1 | 02/09/05 | [Re: DEF 2] HRH Court Minutes [ECR: Linda Christensen/Caroline Edmiston] of FPTC/TBJ - Day 1 (held 2/8/05); cont to 9:00 a.m., 2/9/05 w/att jury panel record.   cc: USA, FPD, USM, PO |
| 95 - | 1 | 02/10/05 | [Re: DEF 2] HRH Court Minutes [ECR: Robin Carter/Linda Christensen] re TBJ - Day 2 (held 2/9/05); cont to 2/10/05 at 8:45 am w/cnsl only & 9:00 am w/jury panel.  cc:  USA, FPD, USM, USPO |
| 96 - | 1 | 02/11/05 | [Re: DEF 2] HRH Court Minutes [ECR: Caroline Edmiston] re: 3rd day TBJ held 2/10/05; closing arguments heard; jury began deliberating; TBJ to reconvene 2/11/05 @ 9:00 a.m. w/att jury notes. |
| 97 - | 1 | 02/14/05 | [Re: DEF 2] HRH Court Minutes [ECR: Caroline Edmiston] of TBJ (day 4) (held 2/11/05); def found guilty on Ct 1; jury hung on Ct 4; crt set a hrg on renewed mot for judg of acquittal 2/14/05 at 9:00 a.m.; jury instructions and verdict filed w/att jury notes, wit/exh list and jury instructions. |
| 98 - | 1 | 02/14/05 | [Re: DEF 2] Verdict No 1- def guilty re: Ct 1; Verdict No 2 - jury hung re: Ct 4. |
| 99 - | 1 | 02/14/05 | [Re: DEF 1-2] JWS Minute Order reassigning case to Judge Holland for all further proceedings; use case number A04-133 CR (HRH) on future filings. cc: USA, FPD, R. Butler, USM, USPO, MJ Branson, JC, Judge Holland |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
                           "USA V JOSE ANTONIO MCPHERSON ET AL"

                          In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 100 - | 1 | 02/14/05 | DEF 2 motion for judgment of acquittal. |
| 101 - | 1 | 02/14/05 | [Re: DEF 2] HRH Court Minutes [ECR: Caroline Edmiston] of hrg on renewed mot for judg of acquittal/(COP) (held 2/14/05); granting motion for judgment of acquittal re: Ct 4(100-1); def plead guilty to Ct 6; IOS set 4/29/05 at 9:00 a.m.; def's det continued pending IOS. cc: USA, FPD, USM, PO |
| 102 - | 1 | 02/14/05 | [Re: DEF 2] HRH Judgment of Discharge dismissed or Other count(s) 4 of the Indictment (1-1). cc: USA, FPD, USM, PO, Def (by cnsl), MJ Branson |
| 103 - | 1 | 02/14/05 | [Re: DEF 1] HRH Minute Order setting TBJ for 9:00 a.m., 2/22/05; brfs, proposed voir dire and proposed jury instructions due 7 days prior to trial. cc: USA, R. Butler, USM, PO, JC, MJ Branson |
| 104 - | 1 | 02/15/05 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 105 - | 1 | 02/15/05 | [Re: DEF 1] PLF 1 Trial Brief. |
| 106 - | 1 | 02/15/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 107 - | 1 | 02/16/05 | DEF 1 motion on shortened time for continuance of trial scheduled for 2/22/05. |
| 108 - | 1 | 02/16/05 | [Re: DEF 1] HRH Minute Order that hrg re: dkt 107 is set 11:00 a.m., 2/18/05. cc: USA, R. Butler, USM, PO |
| 109 - | 1 | 02/17/05 | DEF 1 Proposed Jury Instructions. |
| 110 - | 1 | 02/17/05 | DEF 1 Proposed Voir Dire Questions. |
| 111 - | 1 | 02/18/05 | [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] re Hrg on Def Mot on Short Time for Cont of Trial Scheduled for 2/22/05 (dkt 107)(held 2/18/05); mot on shortened time for continuance of trial scheduled for 2/22/05 (107-1) DENIED. cc: USA, R. Butler, USM, USPO, JC, MJ Branson |
| 112 - | 1 | 02/18/05 | [Re: DEF 1] PLF 1 motion to dismiss without prejudice. |
| 112 - | 2 | 02/23/05 | [Re: DEF 1] HRH Order granting mot to dismiss w/o prej (112-1). cc: USA, R. Butler |
| 113 - | 1 | 02/23/05 | [Re: DEF 1] HRH Judgment of Discharge dism cts 2,3,5 of Indt (1-1). cc: USA, R. Butler, Def w/cnsls cy, USM, USPO, MJ Branson |
| 114 - | 1 | 04/04/05 | {SEALED} |
| 114 - | 2 | 04/06/05 | {SEALED} |
| 115 - | 1 | 04/21/05 | {SEALED} |
| 116 - | 1 | 04/22/05 | {SEALED} |
| 117 - | 1 | 06/15/05 | {SEALED} |
| 118 - | 1 | 06/16/05 | {SEALED} |
| 119 - | 1 | 09/01/05 | [Re: DEF 2] PARTIAL Transcript of FPTC/TBJ-Day 1 (held 2/8/05). (in expando behind case file) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0133--CR (HRH)
                       "USA V JOSE ANTONIO MCPHERSON ET AL"

                        In public format, for all filing dates

Document #   Filed        Docket text

 120 -    1  09/01/05    [Re: DEF 2] PARTIAL Transcript of TBJ-Day 2 held 2/9/05. (in expando
                         behind case file)
 121 -    1  09/16/05    {SEALED}
 122 -    1  09/19/05    {SEALED}
 123 -    1  09/20/05    {SEALED}
 124 -    1  09/20/05    {SEALED}
 125 -    1  09/22/05    [Re: DEF 2] PLF 1 Sentencing Memorandum.
 126 -    1  09/22/05    {SEALED}
 127 -    1  09/27/05    {SEALED}
 128 -    1  09/29/05    {SEALED}
 129 -    1  10/03/05    {SEALED}
 130 -    1  11/01/05    {SEALED}
```