## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   JOSE ANTONIO MCPHERSON

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                          CASE NO.  3:04-cr-00133-01-HRH

 Pam Richter

PROCEEDINGS: **CLERK'S NOTICE**          DATE: July 24, 2006

      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Jose Antonio McPherson. Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration on or before August 16, 2006.