IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )
           Plaintiff,       )
v.                          )
                            )
JOSE ANTONIO MCPHERSON,     )
                            )
           Defendant.       )
_____ )   Case No. 3:04-cr-00133-01-HRH

### NON-OPPOSED MOTION ON SHORTENED TIME FOR RETURN OF PASSPORT

Comes Now, Jose Antonio McPherson, by and through his attorney, Rex Lamont Butler & Associates, Inc., and, pursuant to LcrR 47.1, LR 7.1, and LR 7.2( c), respectfully moves for an order requiring the return of his passport to him. This motion is based on the following considerations:

Pursuant to this Court's order, McPherson surrendered his passport to this Court as a condition of his release pending trial. All proceedings in this case have now concluded.

On July 24, 2006, the parties were advised by this Court that it continued to possess McPherson's passport. This court indicated any party wishing to have said item returned to him needs to file a motion to return said item with a proposed order for the courts consideration on or before August 16, 2006.

McPherson desires the return of his passport and requests this Court to order the Finance Office to mail it to him in care of the undersigned attorney.

The return of the passport is appropriate. This Court originally required McPherson to surrender his passport in order the ensure his presence at trial. Since all proceedings in McPherson's case have been concluded, there is no longer any reason that McPherson should not possess his passport.

Rex Lamont Butler and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

McPherson respectfully requests this Court to rule on shortened time. On August 4, 2006, the undersigned counsel's paralegal contacted Crandon Randell and Mr. Randell was non-opposed this motion and it's being considered under shortened time. Accordingly, McPherson respectfully moves, on shortened time, for an order requiring the return of his passport to him. This motion is supported by counsel's Declaration.

Respectfully dated this 22nd day of August, 2006 in Anchorage, Alaska.

/S/ Rex Lamont Butler
745 W. 4th Avenue Suite 300
Anchorage, Alaska 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

## **DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of August 2006, in Anchorage, Alaska.

/S/ Rex Lamont Butler
745 W. 4th Avenue Suite 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Certificate of Service:

I hereby certify a true and accurate copy
of the foregoing instrument was served via
electronic filing to Crandon Randell,
Assistant U.S. Attorney
222. W. 7th Avenue, #9, Room 253
Anchorage, Alaska, 99513-7567 on this
22nd day of August, 2006.

/S/ Rex Lamont Butler

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. McPherson; Motion For Return Of Passport.**
Page 2