IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JOSE ANTONIO MCPHERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:04-cr-00133-01-HRH |

**ORDER GRANTING
MOTION ON SHORTENED TIME**

It Is Hereby Ordered that Non-Opposed Motion On Shortened Time For Return Of Passport is hereby Granted / Denied.  The Motion Shall / Shall Not be heard on shortened time.

DATED  this ____day of _____, 2006 in Anchorage, Alaska.

_____
U.S. District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. McPherson: Order Granting
Motion On Shortened Time
For Return Of Passport.**
                              Page 1