IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                                                        Plaintiff,   )
v.   )
                                                        )
JOSE ANTONIO MCPHERSON,   )
                                                        )
                                Defendant.   )
_____ )   Case No. 3:04-cr-00133-01-HRH

**ORDER GRANTING**
**MOTION ON SHORTENED TIME**
**FOR RETURN OF PASSPORT**

For Good Cause Shown, it is hereby ordered that McPherson's passport is to be returned to him by mailing the same to his attorney, Rex Lamont Butler, at 745 W. 4th Avenue, Anchorage, Alaska 99501, without the original receipt.

DATED this ____day of _____, 2006 in Anchorage, Alaska.

_____
U.S. District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. McPherson: Order Granting**
**Motion On Shortened Time**
**For Return Of Passport.**
                                      Page 1