IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>    vs.                             )<br>                                    )<br>JOSE ANTONIO McPHERSON,             )<br>                                    )     No. 3:04cr0133-HRH<br>            Defendant.               )<br>_____) | |

O R D E R

Granting Motion on Shortened Time
for Return of Passport

    For good cause shown, it is hereby ORDERED that defendant McPherson's passport is to be returned to him by mailing the same to his attorney, Rex Lamont Butler, at 745 W. 4th Avenue, Anchorage, Alaska 99501, without the original receipt.

    DATED at Anchorage, Alaska, this 8th day of September, 2006.

/s/ John W. Sedwick, Chief Judge
*for* Judge H. Russel Holland

- 1 -