| PROB 22 (Rev. 2/88) | | **TRANSFER OF JURISDICTION** | RECEIVED APR 2 4 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA | DOCKET NUMBER *(Tran. Court)* A04-0133-02 CR (HRH) |
|---|---|---|---|---|
| | | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joseph Michael Robertson<br>Northern District of Illinois<br><br>**JUDGE COAR** | DISTRICT OF ALASKA | Anchorage |
| | NAME OF SENTENCING JUDGE | |
| | Honorable H. Russel Holland,<br>Senior U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>February 15, 2008 — TO February 14, 2011 |

OFFEN___

Attempted Distribution of "Ecstasy" A Schedule I Controlled Substance, Felon in Possession of a Firearm

**08 CR  319**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/25/08
*Date*

Redacted Signature
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
*Effective Date*

*James F. Holderman*
*United States District Judge*

APR 2 1 2008
DATE: _____
MAGISTRATE JUDGE VALDEZ